**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Amy Elizabeth NEWBY, Defendant–**
**Appellant.**

No. 14–12881.

United States Court of Appeals,
Eleventh Circuit.

March 23, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Susan Hollis Rothstein-Youakim, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Bonnie Ames Glober, Diidri Robinson, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

* Honorable Kenneth F. Ripple, Senior Circuit Judge from the United States Court of Ap-

Donald B. Mairs, The Mairs Law Firm, Jacksonville, FL, Matthew Raul McLain, Brownstone Law Firm, PA, Winter Park, FL, for Defendant–Appellant.

Before WILSON, FAY, and RIPPLE,* Circuit Judges.

PER CURIAM:

Amy Elizabeth Newby appeals her 15–month sentence, imposed within the guideline range, for committing fraud in violation of 18 U.S.C. § 1341. On appeal, Newby contends that the district court's factual findings were insufficient with respect to the loss amount for which she was held accountable, and that the district court erred when it declined to apply a mitigating role reduction.

Upon review of the parties' briefs and the relevant law, and having had the benefit of oral argument, we find no reversible error. Accordingly, we affirm.

**AFFIRMED.**

peals for the Seventh Circuit, sitting by designation.